```
 1
 2
 3
 4
 5
 6
 7
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK DOUGLAS BENNETT, SR., ) | NO. ED CV 12-1322-CAS(E) |
| Plaintiff, ) | |
| v. ) | ORDER ACCEPTING FINDINGS, |
| CALIFORNIA DEPT. OF ) | CONCLUSIONS AND RECOMMENDATIONS |
| CORRECTIONS, et al., ) | |
| Defendants. ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____) | |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

   IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 | this Order and the Judgment of this date on Plaintiff.

4 | DATED: November 15, 2012.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE