1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10

11   FREDERICK DOUGLAS BENNETT, SR., )   NO. ED CV 12-1322-CAS(E)
                                      )
12                     Plaintiff,     )
                                      )
13        v.                          )                JUDGMENT
                                      )
14   CALIFORNIA DEPT. OF              )
     CORRECTIONS, et al.,             )
15                                    )
                       Defendants.    )
16   _____)

17

18        IT IS ADJUDGED that the action is dismissed without prejudice.

19

20          DATED: November 15, 2012.

21

22                                    _Christina A. Snyder_

23                                    _____
                                           CHRISTINA A. SNYDER
24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28